IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02331-AP

JOANN COCOZZA,

       Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

       Defendant.

---

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Gail C. Harriss
GAIL C. HARRISS, LLC
450 S. Camino del Rio, Suite 201
Durango, CO 81301
Telephone: (970) 247-4411
Fax: (970) 247-1482
Email: gharriss@harrisslaw.com

For Defendant:
John F. Walsh
United States Attorney

James L. Burgess
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration-Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
Telephone: (303) 844-1856
Email: james.burgess@ssa.gov

J. Benedict García
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Phone: (303) 454-0100
Email: J.B.Garcia@usdoj.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**  **Date Complaint Was Filed:**  August 29, 2013

      **B.**  **Date Complaint Was Served on U.S. Attorney's Office:**  September 9, 2013

      **C.**  **Date Answer and Administrative Record Were Filed:**  November 6, 2013

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

To the best of their knowledge, neither party anticipates submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.      OTHER MATTERS**

There are no other matters anticipated.  Plaintiff's current claim does not involve any prior judicial proceedings.

**8.      BRIEFING SCHEDULE**

Attorneys for both parties agree to the following proposed briefing schedule:

      **A.**  **Plaintiff's Opening Brief Due:**  January 6, 2014

      **B.**  **Defendant's Response Brief Due:**  February 7, 2014

      **C.**  **Plaintiff's Reply Brief (If Any) Due:**  February 25, 2014

The parties have agreed to extend the time for the response and reply briefs due to the Commissioner's counsel's briefing schedule and Plaintiff's counsel's attendance at a conference.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    B.    **Defendant's Statement:**  Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

Not all parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 26th day of November, 2013.

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            U.S. DISTRICT COURT JUDGE

| APPROVED: | JOHN F. WALSH |
| --- | --- |
| | UNITED STATES ATTORNEY |
| s/ Gail C. Harriss | s/ James L. Burgess |
| Gail C. Harriss | James L. Burgess |
| GAIL C. HARRISS, LLC | Special Assistant United States Attorney |
| 450 S. Camino del Rio, Suite 201 | Office of the General Counsel |
| Durango, CO 81301 | Social Security Administration-Region VIII |
| Telephone: (970) 247-4411 | 1961 Stout Street, Suite 4169 |
| Fax: (970) 247-1482 | Denver, CO 80294-4003 |
| Email: gharriss@harrisslaw.com | Telephone: (303) 844-1856 |
| | Email: james.burgess@ssa.gov |