IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  13-cv-02331-WYD

JOANN COCOZZA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Opposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act filed on December 29, 2014, and the Stipulation Re: Plaintiff's Opposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ["EAJA"] filed on January 12, 2015.  The original motion filed by Plaintiff sought an award of fees in the amount of $7,967.50.  The later filed stipulation advises the Court that the parties now stipulate and agree that an EAJA award of $7,5000.00 is reasonable.  Having reviewed the motions and finding good cause for the relief sought in the stipulation, it is

ORDERED that the Stipulation Re: Plaintiff's Opposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 25) is **APPROVED**.  Attorney fees in the amount of **$7,500.00** are awarded to and shall be made payable to Plaintiff.  The EAJA fees shall be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.  It is

FURTHER ORDERED that in light of the Stipulation, Plaintiff's Opposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 24) is **DENIED AS MOOT**.

Dated January 29, 2015

>BY THE COURT:
>
>s/ Wiley Y. Daniel
>Wiley Y. Daniel
>Senior United States District Judge